```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hermes Suarez Guerrero,

                Petitioner,

-against-

F.C.I. Otisville Warden,

                Respondent.

1:23-cv-00702 (VSB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Court has reviewed the Government's June 23, 2023 letter (ECF No. 16) advising the Court that Petitioner's removal from the country is imminent and likely to occur before July 12, 2023. In view of the foregoing, the telephone conference previously scheduled to take place on Wednesday, July 12, 2023, at 11:30 a.m. is cancelled. No later than July 12, 2023, Respondent shall file a letter to the ECF docket regarding the status of Petitioner's removal.

Any reply by Petitioner to the Government's assertion that the Petition should be denied as moot shall be mailed to the Court no later than July 12, 2023. As soon as possible, but no later than June 28, 2023, the Government shall serve upon Petitioner a copy of this Order.

SO ORDERED.

Dated:    New York, New York
            June 26, 2023

_____
STEWART D. AARON
United States Magistrate Judge