**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
HERMES SUAREZ GUERRERO,

                              Petitioner,

          -against-                                              23 **CIVIL** 702 (VSB)

                                                                 <u>**JUDGMENT**</u>

F.C.I. OTISVILLE WARDEN,

                              Respondent.
----------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated July 14, 2023, The Petition is hereby DISMISSED.

Because the Petition makes no substantial showing of a denial of a constitutional right, a

certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies under 28

U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and

therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United

States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

          July 14, 2023

                                                                 **RUBY J. KRAJICK**

                                                   _____
                                                                 **Clerk of Court**

                                        **BY:**        K. Mango

                                                   _____
                                                                 **Deputy Clerk**